### *WATKINS* vs. *McDONOUGH.*

*Parol evidence, of warranty in the sale of a slave, inadmissible.*

SUIT on a warranty for the soundness of a negro sold by the defendant. The answer denied all the allegations in the petition.

*Hopkins*, for the plaintiff, offered a witness to prove the sale.

*Morse*, for the defendant. The evidence is inadmissible. The *Civil Code* provides that every covenant, tending to dispose, by a gratuitous or incumbered title *(un'titre gratuit ou onéreux)* of any immoveable property or slaves in this territory, must be *reduced to writing*, and in case the existence of such a covenant should be denied, no *parol evidence* shall be admitted to prove it. *Art.* 241, *p.* 310.

WITNESS REJECTED.